iUNITED STATE DISTRICT COURT

DISTRICT OF MINNESOTA

Richard Edwards,                                                    Civil No. 06-1485 (PAM/RLE)

          Plaintiff,                                                         **ORDER**

vs.

Trooper Michael Swanson in his
individual and official capacity as a
Minnesota State Trooper,

          Defendant.

The above-entitled matter is before the undersigned District Judge on the parties' fully executed Stipulation For Dismissal With Prejudice (ECF #11).  The parties agree and stipulate that the claims of Plaintiff Richard Edwards against Defendant Trooper Michael Swanson are hereby dismissed with prejudice, and that all parties bear their own costs, disbursements, and attorneys' fees.

    Based on the foregoing, and all the files, records, and proceedings herein,

  IT IS HEREBY ORDERED that

    Plaintiff's claims against Defendant shall be dismissed with prejudice and without further cost any party.

    There being no just cause for delay,

  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: <u>November 9, 2006</u>            s/Paul A. Magnuson
                                         Paul A. Magnuson
                                         United States District Court Judge